# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CHAMPAGNE S GADDY**                                                                                          **PLAINTIFF**

**Vs.**                                           **4:12-cv-00767 JWC**

**SOCIAL SECURITY ADMINISTRATION**                                                           **DEFENDANT**

## JUDGEMENT

Pursuant to the Opinion filed this date, judgement is entered affirming the final decision of the Commissioner and dismissing Plaintiff's case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 19th day of March, 2014.

_____
UNITED STATES MAGISTRATE JUDGE